AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DAVID WEIRICH,

        Plaintiff,

        v.

UNITED STATES,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5081-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Motion to Dismiss entered on October 3, 2011, ECF No. 21, this matter is dismissed pursuant to Fed. R. Civ. P. 12(b)(1).

October 3, 2011         JAMES R. LARSEN
*Date*         *Clerk*
       s/ Cora Vargas
       *(By) Deputy Clerk*
       Cora Vargas